SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

    Plaintiff,

vs.

Hollywood Entertainment Corporation, et al,

    Defendants

Case No.: CIV.S 10-cv-00321-LKK-EFB

**PLAINTIFF'S REQUEST FOR DISMISSAL OF HOLLYWOOD ENTERTAINMENT CORPORATION AND ORDER**

Complaint Filed: FEBRUARY 7, 2010

**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS**

---

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Hollywood Entertainment Corporation) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendant (Hollywood Entertainment Corporation) is dismissed because this Defendant has filed for Chapter 11 Bankruptcy.

Dated: March 18, 2010          /s/Scott N. Johnson
                               SCOTT N. JOHNSON
                               Attorney for Plaintiff

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                               CIV: S-10-00321-LKK-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1

2  **IT IS SO ORDERED**.

3

4  Dated:  March 22, 2010

5

6  _____
LAWRENCE K. KARLTON
7  SENIOR JUDGE
UNITED STATES DISTRICT COURT
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-10-00321-LKK-EFB

PDF created with pdfFactory trial version www.pdffactory.com