SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Hollywood Entertainment Corporation, et al,<br><br><br>　　　　Defendants | Case No.: CIV.S 10-cv-00321-LKK-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF ISHKAN JUHARYAN AND ORDER**<br><br>Complaint Filed:  FEBRUARY 7, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Ishkan Juharyan) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants.  Defendant (Ishkan Juharyan) is dismissed because this Defendant filed for Chapter 13 Bankruptcy on November 2, 2009 in the Eastern District of Sacramento which is currently pending.

Dated: April 25, 2010                               /s/Scott N. Johnson
                                                               SCOTT N. JOHNSON
                                                               Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                                               CIV: S-10-00321-LKK-EFB

PDF created with pdfFactory trial version www.pdffactory.com

1   **IT IS SO ORDERED**.

3   Dated:  April 27, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-10-00321-LKK-EFB

PDF created with pdfFactory trial version www.pdffactory.com