SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Hollywood Entertainment Corporation, et al,<br><br><br>　　　　Defendants | Case No.: CIV.S 10-cv-00321-LKK-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF HOWARD HONG AND ORDER**<br><br>Complaint Filed:  FEBRUARY 7, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

　　**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Howard Hong) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendant (Howard Hong) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: May 18, 2010　　　　　　　　　　　　　　/s/Scott N. Johnson_____
　　　　　　　　　　　　　　　　　　　　　　　　SCOTT N. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED**.

2
3  Dated: May 19, 2010
4
5  _____
6  LAWRENCE K. KARLTON
   SENIOR JUDGE
7  UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-10-00321-LKK-EFB

PDF created with pdfFactory trial version www.pdffactory.com