SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>Hollywood Entertainment Corporation, et al,<br><br><br>Defendants | Case No.: CIV.S 10-cv-00321-LKK-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF TAE MYONG AND ORDER**<br><br>Complaint Filed:  FEBRUARY 7, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

   **IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Tae Myong) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendant (Tae Myong) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: June 22, 2010                     /s/Scott N. Johnson_____
                                         SCOTT N. JOHNSON
                                         Attorney for Plaintiff

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                                         CIV: S-10-00321-LKK-EFB

1  **IT IS SO ORDERED**.

2
3  Dated:  June 23, 2010

4
5  _____
   LAWRENCE K. KARLTON
6  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

7