SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>  Plaintiff,<br><br>  vs.<br><br>Hollywood Entertainment Corporation, et al,<br><br>  Defendants | Case No.: CIV.S 10-cv-00321-LKK-EFB<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF CANDICE HAM; MAGGIE WONG AND ORDER**<br><br>Complaint Filed:  FEBRUARY 7, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Candice Ham; Maggie Wong) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41(a)(2). This case is to remain open with remaining Defendants. Defendants (Candice Ham; Maggie Wong) are dismissed because Plaintiff and these Defendants have settled their dispute.

Dated: July 1, 2010                                /s/Scott N. Johnson_____
                                                                SCOTT N. JOHNSON
                                                                Attorney for Plaintiff

1 **IT IS SO ORDERED**.

2

3 Dated: July 2, 2010

4

5 /s/ Lawrence K. Karlton

LAWRENCE K. KARLTON
6 SENIOR JUDGE
UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28