SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:10-cv-00321-LKK-EFB** |
|     Plaintiff, | ) **ORDER RE: REQUEST FOR DISMISSAL OF AMRIT PAL SINGH GREWAL** |
|   vs. | ) |
| Hollywood Entertainment Corporation, et al, | ) Case to Remain Open with Remaining Defendants |
|     Defendants | ) |

   IT IS HEREBY ORDERED THAT Defendant Amrit Pal Singh Grewal is hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date:   January 3, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-10-cv-00321-LKK-EFB - 1