SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>vs.<br><br>Hollywood Entertainment Corporation, et al,<br><br>    Defendants | Case No. **2:10-cv-00321-LKK-EFB**<br><br>**ORDER RE: STIPULATED DISMISSAL WITH PREJUDICE OF DEFENDANT MICHAEL PHAM** |

    IT IS HEREBY ORDERED THAT Defendant, Michael Pham, is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:   September 16, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT